UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL E. BURNS, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>JLV EQUIPMENT, INC., et al.,<br><br>        Defendants. | Case No. 15-cv-01233-MEJ<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' Joint Case Management Statement, the Court CONTINUES the Case Management Conference to October 8, 2015 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  This conference shall be attended by <u>lead</u> trial counsel for parties who are represented.  Parties who are proceeding without counsel must appear personally.  The parties shall file an updated Joint Case Management Statement by October 1, 2015.  No chambers copy is required.

    **IT IS SO ORDERED.**

Dated: September 18, 2015

                                                                       MARIA-ELENA JAMES<br>
                                                                       United States Magistrate Judge