UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL E. BURNS, et al.,<br><br>    Plaintiffs,<br><br>   v.<br><br>JLV EQUIPMENT, INC., et al.,<br><br>    Defendants. | Case No. 15-cv-01233-MEJ<br><br>**STATUS ORDER** |

This matter is currently scheduled for a Case Management Conference on October 8, 2015. However, as no joint statement has been filed, the Court VACATES the conference and ORDERS the parties to e-file a joint case management statement by October 7, 2015. No chambers copy is required.

**IT IS SO ORDERED.**

Dated: October 2, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge