UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL E. BURNS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>JLV EQUIPMENT, INC., et al.,<br><br>Defendants. | Case No. 15-cv-01233-MEJ   (ADR)<br><br>**ORDER RE: ATTENDANCE AT ENE**<br><br>Date:  January 19, 2016<br>ENE Evaluator:  Karen Kubin |

IT IS HEREBY ORDERED that the request to excuse plaintiffs and their counsel from appearing in person at the January 19, 2016, ENE before Karen Kubin is **DENIED**. The request is late, lacks required information, and was not provided to the evaluator as required by the ADR Local Rules. See ADR L.R. 5-10(d). The court finds that plaintiffs have not adequately demonstrated that their appearance at the ENE is not necessary for a productive session. Accordingly, the request is DENIED and plaintiffs and their counsel shall attend the session in person.

**IT IS SO ORDERED**.

Dated: January 15, 2016

Joseph C. Spero
United States Chief Magistrate Judge