MICHAEL E. ADAMS (SBN: 47278)
LAW OFFICES OF MICHAEL E. ADAMS
702 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone: (650) 599-9463
Fax:        (650) 599-9785

Attorney for Defendants JLV EQUIPMENT
CORPORATION, a California corporation,
and Jeffrey Varnell

**GRANTED**
*Judge Maria-Elena James*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL E. BURNS, et. al.<br><br>  Plaintiffs,<br><br>  v.<br><br>JLV EQUIPMENT, INC., a California Corporation; JEFFREY VARNELL, an individual,<br><br>  Defendants. | Case No. CV 15-1233 MEJ<br><br>**STIPULATION FOR DISMISSAL OF COUNTERCLAIM**<br>[FRCP, Rule 41(a)(ii)] |

The parties hereto stipulate, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(ii) that the Counterclaim by Defendants/Counter-Claimants JLV EQUIPMENT, INC. and JEFFREY VARNELL against Counter-Defendant OPERATING ENGINEERS LOCAL 3 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL-CIO be dismissed with prejudice, with each side to bear its own fees and costs.

///
///
///

LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALL ST., #300
REDWOOD CITY CA 94063
(650) 599-9463

1

Stipulation for Dismissal of Counterclaim

1  DATED: March 3, 2016               DATED: March 3, 2016

3  _____            _____ /George Nenoff
   MICHAEL E. ADAMS                   KENNETH C. ABSALOM
4  Attorney for Defendants/           Attorney for Counter-Defendant
   Counter-Claimants                  OPERATING ENGINEERS LOCAL 3
5  JLV EQUIPMENT, INC.                OF THE INTERNATIONAL UNION OF
   and JEFFREY VARNELL                OPERATING ENGINEERS, AFL-CIO

Law Offices Of
Michael E. Adams
702 Marshall St., #300
Redwood City CA 94063
(650) 599-9463

2

Stipulation for Dismissal of Counterclaim